# EXHIBIT A

| | |
|---|---|
| **From:** | Martin, George (USAALN) |
| **To:** | John Robbins; James Gibson; Courtney Murtha |
| **Cc:** | Crosby, Catherine (USAALN) |
| **Subject:** | US v. Rogers and Kindall |
| **Date:** | Wednesday, October 18, 2023 4:02:00 PM |

Good afternoon.

Although we've provided notice through discovery and otherwise, we now directly notify the defendants that Individual #1 and Organization #1 in the Superseding Indictment are ▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮ respectively.

Please let me know if you have any questions or want to discuss the case.

Thank you.

George Martin
Assistant United States Attorney
Deputy Chief, Criminal Division
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
George.martin@usdoj.gov
205-244-2115
205-718-3350

# EXHIBIT B

3:35

 Recents                                                      Edit



# Rep.John Rogers

| message | call | video |  | pay |

Today

8:17 AM  **Missed Call**

home

▇▇▇▇▇-4275

FaceTime                                               

Notes

Send Message
_____

Share Contact
_____

Add to Favorites

| Favorites | Recents | Contacts | Keypad | Voicemail |

**EXHIBIT C**

 

 Recents                                    Edit



# Rep.John Rogers

        
message    call    video              pay

Today

12:11 PM   Missed Call

home
-4275

FaceTime                             

Notes

Send Message

Share Contact

Add to Favorites

        
Favorites  Recents  Contacts  Keypad  Voicemail